No. 763. KELLING NUT Co. *v.* NATIONAL NUT Co. January 29, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Guy A. Gladson, Collins Mason,* and *Arthur D. Welton, Jr.* for petitioner. *Mr. Hugh N. Orr* for respondent.

No. 764. BUDD INTERNATIONAL CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. January 29, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Henry S. Drinker, Frederick E. S. Morrison,* and *John W. Bodine* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Walter J. Cummings, Jr.* for respondent.

No. 725. NEWBURY *v.* UNITED STATES. January 29, 1945. Petition for writ of certiorari to the Court of Claims denied. *Mr. Llewellyn A. Luce* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson,* and *Mrs. Elizabeth B. Davis* for the United States.

No. 730. THOMAS J. MOLLOY & Co., INC. *v.* BERKSHIRE, DEPUTY COMMISSIONER, ET AL. January 29, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Walter Brower* and *Coleman Gangel* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert L. Wright* for respondents.